# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 1:20-CR-00017 |
| v. | : |
| CHRISTOPHER COLLARE. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 26th day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that Defendant's motion to dismiss (Doc. 24) is **GRANTED** with respect to Count 21 of the indictment and **DENIED** in all other respects.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania