# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:20-CR-00017 |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER COLLARE. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of June, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that the government's motion for reconsideration (Doc. 40) is **GRANTED** and Count 21 of the indictment (*see* Doc. 1 at 16) is **REINSTATED**. Accordingly, Defendant's motion to dismiss (Doc. 24) is **DENIED IN ITS ENTIRETY**.

    s/Jennifer P. Wilson
    JENNIFER P. WILSON
    United States District Court Judge
    Middle District of Pennsylvania