IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:20-cr-17 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| CHRISTOPHER COLLARE, | : | |
| Defendant | : | |

## ORDER

AND NOW this <u>29th</u> day of <u>October</u> 2020, upon consideration of the Government's Unopposed Motion for Protective Order and for good cause shown, the motion is GRANTED and it is ORDERED:

1. Upon disclosure by the United States, the following materials relating to an investigation conducted by the U.S. Department of Justice's Office of Inspector General (the "OIG materials"), which are Bates numbered USA-00008716 through USA-00008837, shall be reviewed by only the defendant; the defendant's attorneys of record in this case; and those attorneys' employees or agents assisting in the defense of this case (collectively, the "defense team"):

    a.    sworn statement (July 26, 2019)

   b. memorandum of interview (July 25, 2019)

   c. memorandum of interview (July 19, 2019)

   d. report of forensic examination (June 21, 2019)

   e. extraction report (April 8, 2019)

  2. The defense team shall not disclose the OIG materials or their contents to any other individual.

  3. The defense team shall use the OIG materials solely for the preparation, trial, direct appeal (if any), and collateral challenge (if any) of this case.

  4. Within 60 days of the conclusion of this case, including a direct appeal (if any) or a collateral challenge (if any), the defense team shall return to the United States or destroy the OIG materials and any copies of the OIG materials.

            s/Jennifer P. Wilson
            JENNIFER P. WILSON
            United States District Judge
            Middle District of Pennsylvania