IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:20-CR-00017 |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER COLLARE | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 27th day of May, 2021, upon consideration of the United States' unopposed motion in limine, *see* Doc. 61, **IT IS ORDERED THAT** the motion is **GRANTED**. Evidence of and reference to the fact that allegations were made that a law-enforcement agent involved in the investigation of this case had inappropriate relationships with two witnesses in the investigation are excluded during the trial of this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania